B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**AA Concepts, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Duo; dba Wish; dba Langford Market; dba Maude; dba Method; dba Contents** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):   **20-3691135** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**801 Richmond Avenue<br>Houston, TX**<br><br>ZIP CODE **77006** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**801 Richmond Avenue<br>Houston, TX**<br><br>ZIP CODE **77006** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Retail stores in Houston, The Woodlands, New Orleans, LA, Austin, Germantown, TN and Las Vegas, NV**<br><br>ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**B1 (Official Form 1) (4/10)** | Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | AA Concepts, Inc. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☑ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> **X**_____ <br> Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10) | Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **AA Concepts, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

Telephone Number (If not represented by attorney)
_____

Date
_____

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  **/s/ Barbara M. Rogers**

**Barbara M. Rogers**          Bar No. **17163200**

**Rogers Anderson & Bensey, PLLC
1415 N. Loop West, Suite 1020
Houston, TX   77008**

Phone No. **(713) 868-4411**          Fax **(713) 868-4413**

09/14/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**AA Concepts, Inc.**

X  **/s/ William Shoemaker**
Signature of Authorized Individual

**William Shoemaker**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**09/14/2010**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

Address
_____

X_____

Date
_____

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   AA Concepts, Inc.

CASE NO

CHAPTER   **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1.  Debtor's employer identification number is_____ **20-3691135** _____.

2.  If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____.

3.  The following financial data is the latest available information and refers to the debtor's condition on_____.

   a. Total Assets                    **$1,350,464.72**

   b. Total Liabilities               **$3,440,088.15**

| Secured debt | Amounts | Approximate number of holders |
|---|---:|---:|
| Fixed, liquidated secured debt | $297,731.46 | 10 |
| Contingent  secured debt | $0.00 | 0 |
| Disputed secured debt | $0.00 | 0 |
| Unliquidated secured debt | $0.00 | 0 |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | $3,142,356.69 | 16 |
| Contingent  unsecured debt | $0.00 | 0 |
| Disputed unsecured debt | $0.00 | 0 |
| Unliquidated unsecured debt | $0.00 | 0 |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | | |

*Comments, if any*

4.  Brief description of debtor's business:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **AA Concepts, Inc.**

CASE NO

CHAPTER   **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

| |
|---|
| 5.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor: |
| 6.  List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor: |

I, _____**William Shoemaker**_____, the _____**Manager**_____ of the corporation
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and
that it is true and correct to the best of my information and belief.


Date: **09/14/2010**_____      Signature: __**/s/ William Shoemaker**_____
                                                                         ***William Shoemaker***
                                                                         **Manager**

B6A (Official Form 6A) (12/07)

In re  **AA Concepts, Inc.**

Case No. _____
(if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **AA Concepts, Inc.**

Case No. _____

(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Account No. xxxx7238 | | $2.36 |
| | | Bank of America Account No. xxxx5927 | | $2.25 |
| | | Bank of America Account No. xxx8982 | | $4,118.44 |
| | | Bank of America Account No. xxxx5914 | | $5.71 |
| | | Bank of America Account No. xxxx7241 | | $5,127.86 |
| | | Bank of America Account No. xxxx0063 | | $13.46 |
| | | Frost Bank Account No. xxxx5361 | | $370.84 |
| | | Whitney Bank Account No. xxxx6368 | | $35,681.13 |
| | | Witney Bank Account No. xxxx9477 | | $105.29 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | $6000 Deposit with Klein Estate, Ltd Store at 1665 Westheimer, Houston, TX | | $6,000.00 |
| | | $6000 Deposit with S-K-M Properties & M & L Properties 1614 Westheimer, Houston, TX | | $6,000.00 |
| | | $9211 with R&B University Village, Ltd. 2517 University Blvd, Houston, TX | | $9,211.00 |
| | | $4800 with Johnnie Sacaris 2437 University Blvd, Houston, TX | | $4,800.00 |
| | | $4000 with Klein Associated Ltd 249 W. 19th St., Houston, TX | | $4,000.00 |
| | | $6457.50 with TM Market Street, LLC 9595 Six Pines Dr. | | $6,457.50 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **AA Concepts, Inc.**                                        Case No. _____

                                                                              (if known)


# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | The Woodlands, TX | |
| | | $8000 with O'Reilly Properties, LLC<br>907 Decatur St., New Orleans, LA | $8,000.00 |
| | | $10500 with 609 Decatur, LLC<br>609 Decatur St., New Orleans, LA | $10,500.00 |
| | | $9703.88 with Wukasch Properties, Ltd, LLP<br>2322 Guadalupe St., Austin, TX | $9,703.88 |
| | | $1025 Water Deposit<br>1614 Westheimer, Houston, TX | $1,025.00 |
| | | $200 Water Deposit<br>2517 University Blvd, Houston, TX  77005 | $200.00 |
| | | $810 Electric Deposit<br>9595 Six Pines Drive, The Woodlands, TX | $810.00 |
| | | $2762 Electric Deposit<br>400 N. Peters, New Orleans, LA | $2,762.00 |
| | | $693 Electric Deposit<br>333 Canal St., New Orleans, LA | $693.00 |
| | | $2281 Electric Deposit<br>907 Decatur St., New Orleans, LA | $2,281.00 |
| | | $355 Electric Deposit<br>609 Decatur St., New Orleans, LA  70116 | $355.00 |
| | | $450 Electric Deposit<br>2322 Guadalupe St., Austin, TX | $450.00 |
| | | $350 Gas Deposit<br>2322 Guadalupe St., Austin, TX | $350.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **AA Concepts, Inc.**

Case No. _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| | | $4705 Electric Deposit<br>2055 West St., Germantown, TN | | $4,705.00 |
| | | $1600 with Jimmy Shaw & Ida Shaw<br>801 Richmond (Office Lease)` | | $1,600.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **AA Concepts, Inc.**                                                Case No. _____
                                                                                           (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **AA Concepts, Inc.**                                    Case No. _____
                                                                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---:|
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | X | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | $3359 in Supplies<br>1665 Westheimer, Houston, TX | $3,359.00 |
| | | $3313 Supplies<br>1614 Westheimer, Houston, TX | $3,313.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re    **AA Concepts, Inc.**

Case No. _____
                                 (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | $3763 Supplies<br>2517 University Blvd, Houston, TX | $3,763.00 |
| | | $1431 Supplies<br>2437 University Blvd, Houston, TX   77005 | $1,431.00 |
| | | $2359 Supplies<br>249 W 19th St., Houston, TX | $2,359.00 |
| | | $1923 Supplies<br>9595 Six Pines Dr., The Woodlands, TX | $1,923.00 |
| | | $3770 Supplies<br>400 N. Peters, New Orleans, LA | $3,770.00 |
| | | $1384 Supplies<br>333 Canal St., New Orleans, LA | $1,384.00 |
| | | $3200 Supplies<br>907 Decatur, New Orleans, LA | $3,200.00 |
| | | $1636 Supplies<br>609 Decatur St., New Orleans, LA | $1,636.00 |
| | | $2948 Supplies<br>2322 Guadalupe St., Austin, TX   78705 | $2,948.00 |
| | | $4468 Supplies<br>2055 West St., Germantown, TN | $4,468.00 |
| | | $2697 Supplies<br>249 West 2nd St., Austin, TX   78701 | $2,697.00 |
| | | $1500 Supplies<br>225 West 2nd St., Austin, TX | $1,500.00 |
| | | $1169 Supplies | $1,169.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **AA Concepts, Inc.**                                                Case No. _____
                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | 3930 Las Vegas Blvd, Las Vegas, NV | |
| | | $41,500 Fixtures<br>1665 Westheimer, Houston, TX | $41,500.00 |
| | | $34112 Fixtures<br>1614 Westheimer, Houston, TX | $34,112.00 |
| | | $38300 Fixtures<br>2517 University Blvd, Houston, TX   77005 | $38,300.00 |
| | | $15000 Fixtures<br>2437 University Blvd, Houston, TX | $15,000.00 |
| | | $24250 Fixtures<br>249 W 19th St., Houston, TX | $24,250.00 |
| | | $20000 Fixtures<br>9595 Six Pines Dr, The Woodlands, TX | $20,000.00 |
| | | $38400 Fixtures<br>400 N. Peters, New Orleans, LA | $38,400.00 |
| | | $14250 Fixtures<br>333 Canal Street, New Orleans, LA | $14,250.00 |
| | | $37500 Fixtures<br>907 Decatur St., New Orleans, LA | $37,500.00 |
| | | $16500 Fixtures<br>609 Decatur St, New Orleans, LA | $16,500.00 |
| | | $30250 Fixtures<br>2322 Guadalupe St., Austin, TX   78705 | $30,250.00 |
| | | $46000 Fixtures<br>2055 West St., Germantown, TN | $46,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **AA Concepts, Inc.**                                        Case No. _____
                                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | $27750 Fixtures<br>249 West 2nd St., Austin, TX | $27,750.00 |
| | | $15450 Fixtures<br>225 West 2nd St., Austin, TX | $15,450.00 |
| | | $12038 Fixtures<br>3939 Las Vegas Blvd, Las Vegas, NV | $12,038.00 |
| | | $10680 Supplies<br>801 Richmond | $10,680.00 |
| | | $21,390 Fixtures<br>801 Richmond Ave, Houston, TX | $21,390.00 |
| 30. Inventory. | | $42999 Inventory<br>2055 West St., Germantown, TN | $42,999.00 |
| | | $93901 Inventory<br>1665 Westheimer, Houston, TX | $93,901.00 |
| | | $50943 Inventory<br>1614 Westheimer, Houston, TX | $50,943.00 |
| | | $69749 Inventory<br>2517 University Blvd, Houston, TX | $69,749.00 |
| | | $29348 Inventory<br>2537 University Blvd, Houston, TX | $29,348.00 |
| | | $34489 Inventory<br>249 W 19th St., Houston, TX | $34,489.00 |
| | | $52744 Inventory<br>9595 Six Pines Dr, The Woodlands, TX | $52,744.00 |
| | | $77167 Inventory | $77,167.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **AA Concepts, Inc.**

Case No. _____
　　　　　　　　　　　　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 8*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | 400 N. Peters, New Orleans, LA | |
| | | $24927 Inventory<br>333 Canal St, New Orleans, LA | $24,927.00 |
| | | $39700 Inventory<br>907 Decatur St., New Orleans, LA | $39,700.00 |
| | | $32779 Inventory<br>609 Decatur St, New Orleans, LA | $32,799.00 |
| | | $39029 Inventory<br>2322 Guadalupe St., Austin, TX  78705 | $39,029.00 |
| | | $42999 Inventory<br>2055 West St., Germantown, TN | $42,999.00 |
| | | $64377 Inventory<br>249 West 2nd St., Austin, TX | $64,377.00 |
| | | $47673 Inventory<br>3930 Las Vegas Blvd, Las Vegas, NV | $47,673.00 |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

_____8_____ continuation sheets attached

Total  >   **$1,350,464.72**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re **AA Concepts, Inc.**                                     Case No. _____

                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxx0000<br><br>**Harris County Tax Assessor-Coll**<br>**PO Box 4576**<br>**Houston, TX  77210-4576** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Ad Valorem Taxes**<br>COLLATERAL:<br>**Inventory**<br>REMARKS:<br>**Method/Houston**<br><br>VALUE:                          **$0.00** | | | | **$1,531.97** | **$1,531.97** |
| **Representing:**<br>**Harris County Tax Assessor-Coll** | | Linebarger Goggan Blair & Samson, LLP<br>1301 Travis Street, Ste 145<br>Houston, TX  77002 | | | | **Notice Only** | **Notice Only** |
| ACCT #:<br><br>**Strategic Funding Source, Inc.**<br>**1501 Broadway, Suite 360**<br>**New York, NY  10036** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**UCC Filing**<br>COLLATERAL:<br>**All Personalty at 400 N. Peters, New Or**<br>REMARKS:<br><br>VALUE:                  **$119,337.00** | | | | **$64,477.15** | |
| ACCT #:<br><br>**Strategic Funding Source, Inc.**<br>**1501 Broadway, Ste 360**<br>**New York, NY  10036** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**UCC Filing**<br>COLLATERAL:<br>**All Personalty at 1614 Westheimer, Hou**<br>REMARKS:<br><br>VALUE:                    **$88,368.00** | | | | **$27,823.32** | |
| | | Subtotal (Total of this Page) > | | | | **$93,832.44** | **$1,531.97** |
| | | Total (Use only on last page) > | | | | | |

_____2_____continuation sheets attached

(Report also on Summary of Schedules.)        (If applicable, report also on Statistical Summary of Certain Liabilities)

B6D (Official Form 6D) (12/07) - Cont.

In re **AA Concepts, Inc.**                                    Case No. _____
                                                                                      (if known)


## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Strategic Funding Source, Inc.**<br>**1501 Broadway, Ste 360**<br>**New York, NY  10036** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**UCC Filing**<br>COLLATERAL:<br>**All Personalty at 2055 West St., German**<br>REMARKS:<br><br>VALUE: **$93,467.00** | | | | **$30,864.15** | |
| ACCT #:<br><br>**Strategic Funding Source, Inc.**<br>**1501 Broadway, Ste 360**<br>**New York, NY  10036** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**UCC Filing**<br>COLLATERAL:<br>**All Personalty at 1665 Westheimer, Hou**<br>REMARKS:<br><br>VALUE: **$138,760.00** | | | | **$33,870.83** | |
| ACCT #:<br><br>**Strategic Funding Source, Inc.**<br>**1501 Broadway, Ste 360**<br>**New York, NY  10036** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**UCC Filing**<br>COLLATERAL:<br>**All Personalty at 2437 University, Hous**<br>REMARKS:<br><br>VALUE: **$45,779.00** | | | | **$45,620.29** | |
| ACCT #:<br><br>**Strategic Funding Source, Inc.**<br>**1501 Broadway, Ste 360**<br>**New York, NY  10036** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**UCC Filing**<br>COLLATERAL:<br>**All personalty located at 249 W. 19th St**<br>REMARKS:<br><br>VALUE: **$61,098.00** | | | | **$17,651.91** | |

Sheet no. ___1___ of _2___ continuation sheets attached          Subtotal (Total of this Page) >          **$128,007.18**          **$0.00**
to Schedule of Creditors Holding Secured Claims          Total (Use only on last page) >

|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities |
|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **AA Concepts, Inc.**                                            Case No. _____
                                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Strategis Funding Source, Inc.**<br>**1501 Broadway, Ste 360**<br>**New York, NY  10036** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**UCC Filing**<br>COLLATERAL:<br>**All Personalty at 2517 University Blvd,**<br>REMARKS:<br><br>VALUE:          **$111,812.00** | | | | $68,006.66 | |
| ACCT #:<br>**Travis County Tax Assessor**<br>**c/o Craig Smith**<br>**PO Box 1748**<br>**Austin, TX   78767** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Tax**<br>COLLATERAL:<br>**Personalty in 2322 Guadalupe St locati**<br>REMARKS:<br>**Ad Valorem Taxes**<br><br>VALUE:          **$72,227.00** | | | | $7,885.18 | |
| ACCT #:<br>**Wukasch Properties, Ltd., LLP**<br>**500 West 18th Street**<br>**Austin, TX   78701-1229** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**UCC Filing**<br>COLLATERAL:<br>**All Personalty located at 2322 Guadalu**<br>REMARKS:<br><br>VALUE:          **$72,227.00** | | | | $0.00 | |
| | | | | | | | |

Sheet no. __**2**____ of **2**_____ continuation sheets attached    Subtotal (Total of this Page) >  | $75,891.84 | $0.00 |
to Schedule of Creditors Holding Secured Claims          **Total (Use only on last page) >** | **$297,731.46** | **$1,531.97** |

|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities |

B6E (Official Form 6E) (04/10)

In re **AA Concepts, Inc.**                                          Case No. _____
                                                                                            (If Known)


# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached she

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to
qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use,

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of*

_____**2**_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re **AA Concepts, Inc.**

Case No. _____
                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Comptroller of Public Accounts** <br> **Bankruptcy & Collections Division** <br> **PO Box 12548** <br> **Austin, TX  78711-2548** | | DATE INCURRED: <br> CONSIDERATION: <br> **Sales Taxes** <br> REMARKS: | | | | $465,501.00 | $465,501.00 | $0.00 |
| ACCT #: <br> **Internal Revenue Service** <br> **PO Box 21126** <br> **Philadephia, PA   19114** | | DATE INCURRED: <br> CONSIDERATION: <br> **Payroll Taxes** <br> REMARKS: | | | | $1,866,501.00 | $1,866,501.00 | $0.00 |
| ACCT #: <br> **Louisiana Dept of Revenue** <br> **PO Box 201** <br> **Baton Rouge, LA  70821** | | DATE INCURRED: <br> CONSIDERATION: <br> **Sales Taxes** <br> REMARKS: | | | | $359,480.00 | $359,480.00 | $0.00 |
| ACCT #**xxx534-1** <br> **Louisiana Unemployment Tax** <br> **LA Workforce Commission** <br> **PO Box 94050** <br> **Baton Rouge, LA   70804-9050** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unemployment Taxes** <br> REMARKS: | | | | $20,308.00 | $20,308.00 | $0.00 |
| ACCT #**xxxx58.00** <br> **Nevada** <br> **DETR-Las Vegas Field Audit** <br> **2800 E. St. Louis Ave.** <br> **Las Vegas, NV  89104** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unemployment Taxes** <br> REMARKS: | | | | $9,600.00 | $9,600.00 | $0.00 |
| ACCT #: <br> **Nevada Sales Tax** <br> **1550 College Parkway, Ste 115** <br> **Carson City, NV   89706** | | DATE INCURRED: <br> CONSIDERATION: <br> **Sales Taxes** <br> REMARKS: | | | | $232,038.00 | $232,038.00 | $0.00 |

Sheet no. __1__ of __2_____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) >      $2,953,428.00  $2,953,428.00   $0.00

Total >
(Use only on last page of the completed Schedule E.

Totals >
(Use only on last page of the completed Schedule E.

If applicable, report also on the Statistical

B6E (Official Form 6E) (04/10) - Cont.

In re  **AA Concepts, Inc.**

Case No. _____
                                      (If Known)

### SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Tennessee Sales Tax**<br>**500 Deaderick Street**<br>**Andrew Jackson Bldg**<br>**Nashville, TN  37242** | | DATE INCURRED:<br>CONSIDERATION:<br>**Sales Taxes**<br>REMARKS: | | | | **$109,981.00** | **$109,981.00** | **$0.00** |
| ACCT #:<br>**TN Dept of Labor and WF Dev.**<br>**220 French Landing Drive**<br>**Nashville, TN  37243** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unemployment Taxes**<br>REMARKS: | | | | **$5,465.00** | **$5,465.00** | **$0.00** |
| ACCT #**xx-xxx105-9**<br>**TWC**<br>**PO Box 149037**<br>**Austin, TX  78714-9037** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unemployment Taxes**<br>REMARKS: | | | | **$17,064.41** | **$17,064.41** | **$0.00** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. __**2**__ of __**2**__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) >  **$132,510.41** | **$132,510.41** | **$0.00**

Total >  **$3,085,938.41**

(Use only on last page of the completed Schedule E.

Totals >  **$3,085,938.41** | **$0.00**

(Use only on last page of the completed Schedule E.

If applicable, report also on the Statistical

B6F (Official Form 6F) (12/07)

In re   **AA Concepts, Inc.**                                         Case No. _____
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Bank of America, NA** <br> **PO Box 660576** <br> **Dallas, TX  75266-0576** | X | DATE INCURRED: <br> CONSIDERATION: <br> **SBA Loan** <br> REMARKS: | | | | **$35,000.00** |
| ACCT #: <br> **Henry V. Radoff, PC** <br> **PO Box 6536** <br> **Houston, TX  77265** | | DATE INCURRED: <br> CONSIDERATION: <br> **Lawsuit Settlement** <br> REMARKS: <br> **Abacus Retail Packaging Dist. Corp. vs.** <br> **Hector Michael Hernandez  et al.** | | | | **$5,655.57** |
| ACCT #: <br> **JJ Apparel Crocker, Inc.** <br> **c/o Jae II LEe** <br> **Lee, Han & Paciocco, LLP** <br> **3435 Wilshire Blvd, Ste 2550** <br> **Los Angeles, CA  90010** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods** <br> REMARKS: | | | | **$3,267.71** |
| ACCT #: <br> **Jones Lang LaSalle Americas, Inc.** <br> **c/o Stephen C. Carleton** <br> **One American Place, Ste 900** <br> **Baton Rouge, LA  70825** | | DATE INCURRED: <br> CONSIDERATION: <br> **Rent** <br> REMARKS: | | | | **Unknown** |
| ACCT #: <br> **Kerry Vix & Peggy Vix** <br> **c/o 201 St. Charles Ave., Ste 3201** <br> **New Orleans, LA  70170** | | DATE INCURRED: <br> CONSIDERATION: <br> **Settlement of Suit** <br> REMARKS: | | | | **$12,495.00** |
| ACCT #: <br> **Poag & McEwen Lifestyle Centers** <br> **6410 Poplar Avenue, Ste 850** <br> **Memphis, TN  38119** | | DATE INCURRED: <br> CONSIDERATION: <br> **Gurantee of Lease - Never Occupied** <br> REMARKS: <br> **Landlord breached lease with Tennessee** <br> **Concepts, LLC by not building space.** | | | | **Unknown** |

|  |  |
|---|---|
| Subtotal > | **$56,418.28** |
| Total > | **$56,418.28** |

_____**No**_____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **AA Concepts, Inc.**

Case No. _____
                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **609 Decatur, LLC**<br>615 Canal Street<br>New Orleans, LA   70130 | Lease of 609 Decatur, New Orleans, LA<br>Contract to be REJECTED |
| **AMLI Austin Retail, LP**<br>5057 Keller Springs Rd, Ste 250<br>Addison, TX  75001 | 249 W. 2nd Street, Austin, TX<br>Contract to be ASSUMED |
| **AMLI Austin Retain, LP**<br>5057 Keller Springs Road, Ste 250<br>Addison, TX  75001 | Lease of 225 West 2nd St, Austin, TX  78701<br>Contract to be ASSUMED |
| **Jackson Brewery Marketplace, Ltd.**<br>100 Conti Street<br>New Orleans, LA  70130 | Lease of 400 North Peters St., No. 104, New Orleans, LA<br>Contract to be ASSUMED |
| **Johnnie Sacaris**<br>PO Box 20123<br>Houston, TX  77225-20123 | Lease of 2437 University Blvd, Houston, TX<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **AA Concepts, Inc.**

Case No. _____
                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Klein Associated, Ltd.**<br>c/o Lewis Property Company<br>2211 Norfolk, Suite 1050<br>Houston, TX   77098 | Lease of 249 W. 19th St., Ste A, Houston, TX   77007<br>Contract to be ASSUMED |
| **Klein Estate, Ltd.**<br>c/o Lewis Property Company<br>2211 Norfolk, Ste 1050<br>Houston, TX  77098 | Lease of 1665 Westheimer, Houston, TX<br>Contract to be ASSUMED |
| **Mandalay Place, A Nevada Corporation**<br>3930 Las Vegas Blvd South<br>Las Vegas, NV  89119 | Lease of 3930 Las Vegas Blvd S., Space No. 114, Las Vegas, NV<br>Contract to be ASSUMED |
| **O'Reilly Properties, LLC**<br>442 Canal Street, Ste 206<br>New Orleans, LA  70130 | Lease of 907 Decatur St, New Orleans, LA<br>Contract to be ASSUMED |
| **One Canal Place, LLC**<br>333 Canal Street, Ste 327<br>New Orleans, LA  70130 | Lease of Space 1.18, The Shops at Canal Place, New Orleans, LA<br>Contract to be REJECTED |

B6G (Official Form 6G) (12/07)

In re **AA Concepts, Inc.**

Case No. _____
                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 2*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **R & B University Village, Ltd.**<br>1800 St. James Place, Ste 300<br>Houston, TX   77056 | Lease of 2517 University Blvd, Houston, TX<br>Contract to be ASSUMED |
| **S-K-M Properties, Inc.**<br>1614 Westheimer TIC<br>2211 Norfolk, Ste 1050<br>Houston, TX   77098 | Lease of 1614 Westheimer, Houston, TX<br>Contract to be ASSUMED |
| **Shops at Saddle Creek, Inc.**<br>c/o Heitman Capital Management<br>191 North Wacker Drive, 25th Floor<br>Chicago, IL   60606 | Lease of 2055 West Street, Germantown, TN<br>Contract to be ASSUMED |
| **TM Market Street, LLC**<br>PO Box 99380<br>Ft. Worth, TX   76199-0380 | Lease of The Woodlands Location<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **AA Concepts, Inc.**

Case No. _____
                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor

in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or

territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-

year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sharon Freeman**<br>PO Box 1616<br>Bastrop, TX  78602 | **Bank of America, NA**<br>PO Box 660576<br>Dallas, TX  75266-0576 |
| **Sharon Freeman**<br>PO Box 1616<br>Bastrop, TX  78602 | **Strategic Funding Source, Inc.**<br>1501 Broadway, Suite 360<br>New York, NY   10036 |
| **Sharon Freeman**<br>PO Box 1616<br>Bastrop, TX  78602 | **Strategic Funding Source, Inc.**<br>1501 Broadway, Ste 360<br>New York, NY  10036 |
| **Sharon Freeman**<br>PO Box 1616<br>Bastrop, TX  78602 | **Strategic Funding Source, Inc.**<br>1501 Broadway, Ste 360<br>New York, NY  10036 |
| **Sharon Freeman**<br>PO Box 1616<br>Bastrop, TX  78602 | **Strategic Funding Source, Inc.**<br>1501 Broadway, Ste 360<br>New York, NY  10036 |
| **Sharon Freeman**<br>PO Box 1616<br>Bastrop, TX  78602 | **Strategic Funding Source, Inc.**<br>1501 Broadway, Ste 360<br>New York, NY  10036 |
| **Sharon Freeman**<br>PO Box 1616<br>Bastrop, TX  78602 | **Strategic Funding Source, Inc.**<br>1501 Broadway, Ste 360<br>New York, NY  10036 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **AA Concepts, Inc.**                                              Case No. _____
                                                                                              (if known)


# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sharon Freeman**<br>PO Box 1616<br>Bastrop, TX  78602 | **Strategis Funding Source, Inc.**<br>1501 Broadway, Ste 360<br>New York, NY  10036 |

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re  **AA Concepts, Inc.**

Case No.

Chapter      **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the
debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.
Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under
chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 9 | $1,350,464.72 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $297,731.46 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $3,085,938.41 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $56,418.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 22 | $1,350,464.72 | $3,440,088.15 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re   **AA Concepts, Inc.**                                    Case No. _____
                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Manager**_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**23**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date  **09/14/2010**_____          Signature  __**/s/ William Shoemaker**_____
                                                                              **William Shoemaker**
                                                                              **Manager**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*